UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | : : : | Case No. 1:08CR--12 |
| v. | : : | Judge |
| CHAD MOWERY, Defendant. | : : : | INDICTMENT 29 U.S.C. § 501(c) |

J. DLOTT

The Grand Jury charges that:

## COUNT 1

Beginning in October 2003 and continuing through December 2003, in the Southern District of Ohio, the defendant Chad Mowery, while an officer, that is, secretary treasurer of Brotherhood of Locomotive Engineers Division 282, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to the defendant's own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $2,537.00.

In violation of Title 29, United States Code, Section 501(c).

A TRUE BILL.

/s/
GRAND JURY FOREPERSON


GREGORY G. LOCKHART
United States Attorney

ANTHONY SPRINGER
Deputy Criminal Chief